IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIAN BAILEY,<br><br>        Plaintiff,<br><br>  v.<br><br>DOCTOR PAJONG,<br><br>        Defendant. | No. C 11-1680 LHK (PR)<br><br>JUDGMENT |

The Court has dismissed the instant action. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: __5/23/11__

                                    LUCY H. KOH
                                    United States District Judge

P:\PRO-SE\SJ.LHK\CR.11\Bailey680jud.wpd